# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00713-CV

## In re D. J. M.

## ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## ORDER

**PER CURIAM**

Relator has filed a petition for writ of mandamus and emergency motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. We grant relator's motion for temporary relief and stay the trial court's order, dated October 1, 2013, on the State's motion to transfer venue, pending further orders from this Court. The Court orders that the real party in interest file a response to the petition for writ of mandamus on or before November 12, 2013.

It is ordered on October 28, 2013.

Before Chief Justice Jones, Justices Rose and Field